SIDEL, Plaintiff–Appellant,

v.

UNILOY MILACRON INC.,
Defendant–Appellee,

and

RYKA BLOW MOLDS
LTD., Defendant.

No. 02–1141.

United States Court of Appeals,
Federal Circuit.

April 23, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

In re CADBURY LIMITED.

No. 02–1191.

United States Court of Appeals,
Federal Circuit.

April 23, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).